```
MCGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
GRETCHEN Z. BOGER
Certified Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2807
```

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-05-471 DAD |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION TO DISMISS |
| | ) | INFORMATION AND ORDER |
| v. | ) | |
| | ) | |
| MICHAEL P. GALLAGHER, | ) | |
| | ) | DATE: August 28, 2006 |
| Defendant. | ) | TIME: 10:00 a.m. |
| _____ | ) | JUDGE: Hon. Dale A. Drozd |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing with prejudice Cr. No. S-05-471 DAD.

DATED: August 22, 2006                McGREGOR W. SCOTT
                                      United States Attorney


                                      By: /s/ Matthew C. Stegman
                                          MATTHEW C. STEGMAN
                                          Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: August 22, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1/orders.criminal/gallaher0471.ord