1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TARA I. ALLEN, Bar #235549
   Staff Attorney
3  ROGER DOYLE
   Certified Law Clerk
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorney for Defendant
   MICHAEL PATRICK GALLAGHER

7

8

9                   IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      )  No. CR-S-05-0471 DAD
                                   )
14                  Plaintiff,     )
                                   )  ORDER SUBSTITUTING EXHIBITS
15       v.                        )
                                   )
16  MICHAEL PATRICK GALLAGHER,     )
                                   )
17                  Defendant.     )
                                   )
18  _____ )

19

20       On August 21, 2006, the Court received Defendant's Motions to

21  Shorten Time, Suppress Evidence, and Dismiss.  Exhibits A-H were

22  attached and filed with the above Motion on the same date.

23  Unfortunately, Exhibits E and H contain unredacted personal information

24  about the defendant including his home address, phone number, and

25  Social Security number.

26  //

27  //

28  //

Mr. Gallagher requests leave of the Court to substitute the attached Exhibits A-H with the properly redacted Exhibit E and H for the originals filed August 21, 2006 and numbered as Document 18-2 on ECF.

Dated: August 31, 2006                    Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender


                                          /s/  Tara I. Allen
                                          _____

                                          TARA I. ALLEN
                                          Staff Attorney

                                          ROGER S. DOYLE
                                          Certified Law Clerk

                                          Attorneys for Defendant
                                          MICHAEL PATRICK GALLAGHER

                                    **ORDER**

     IT IS HEREBY ORDERED that the Clerk of the Court shall withdraw Exhibits A-H of the ECF Document number 18-2 filed August 21, 2006 and replace them with the attached Exhibits A-H filed August 31, 2006.

DATED: September 1, 2006.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1/orders.criminal/gallagher0471.ord(2)

Proposed Order re: Exhibits            2